**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| VLADISLAV BAZER, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | No. 18-cv-02560 |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Hon. Jorge L. Alonso |
| BREW DR. KOMBUCHA, LLC, | ) ) | Magistrate Judge Jeffrey Cummings |
| *Defendant*. | ) ) | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that on February 24, 2020, Plaintiff Vladislav Bazer and Defendant Brew Dr. Kombucha, LLC (collectively, the "Parties"), reached an agreement in principle to settle this matter on an individual basis. Upon execution of a settlement agreement, Plaintiff will dismiss his claims against Defendant with prejudice.

Respectfully submitted this 25th day of February, 2020.

/s/ Eugene Y. Turin
Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
eturin@mcgpc.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                  RESPECTFULLY SUBMITTED,

Dated: February 25, 2020                */s/* Eugene Y. Turin
                                              Eugene Y. Turin